# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03486

---

USIC LOCATING SERVICES, LLC

    **Plaintiff**,

v.

PROJECT RESOURCES GROUP, INC.

    **Defendant**.

---

## NOTICE OF REMOVAL

---

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Project Resources Group, Inc. ("Defendant"), through undersigned counsel, hereby removes the above-captioned civil action to the United States District Court for the District of Colorado from the District Court for Arapahoe County, State of Colorado ("the State Court"), where the civil action is now pending. This Notice of Removal is based upon the following facts:

1. On or about October 26, 2020, the above-captioned action was commenced by Plaintiff USIC Locating Services, LLC ("Plaintiff") against Defendant in the State Court, where the action is now pending.

2. The United States District Court for the District of Colorado embraces the place where the State Court action is pending.

3. This is a civil action for alleged false representation/fraudulent misrepresentation, negligent misrepresentation, conversion, unjust enrichment, civil theft, and violation of the Colorado Consumer Protection Act. As demonstrated below, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists between Plaintiff and Defendant and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. This Notice of Removal is being filed with this Court within thirty (30) days after the Defendant first received, through service or otherwise, a copy of a pleading, amended pleading, motion, order, or other paper from which any Defendant could first ascertain that the action was removable.

5. On November 5, 2020, Defendant first received, by service or otherwise, a copy of the Complaint and Jury Demand that was filed in the State Court action. A copy of the Complaint, District Court Summons, District Court Civil Case Cover Sheet, Delay Reduction Order, Order Regarding Plan for Settlement, and Dispositive Motions Procedure Order is attached hereto as <u>Exhibit A</u>. The Complaint, District Court Summons, District Court Civil Case Cover Sheet, Delay Reduction Order, Order Regarding Plan for Settlement, and Dispositive Motions Procedure Order constitute all process, pleadings, and orders purportedly served in the State Court action. Plaintiff's Affidavit of Service filed in the State Court action is attached as <u>Exhibit B</u>.

6. The Complaint alleges that Plaintiff was at the time of the commencement of this action, and remains, organized under the laws of Delaware with its principal place of business in Indiana. (Ex. A, pp. 5-6, ¶ 1.) In a related matter filed by Plaintiff in the United States District Court for the Eastern District of Pennsylvania, Plaintiff alleged: "USIC is a citizen of Delaware

and Indiana for purposes of diversity jurisdiction." *USIC Locating Servs., LLC v. Comcast Cable Comms. Mgmt., LLC*, Case No. 20-cv-02880, ECF 1, Complaint for Declaratory Judgment, p. 1, ¶ 1.

7. Defendant was at the time of the commencement of this action, and remains, a Colorado corporation with its principal place of business in Colorado. Accordingly, Defendant is a citizen of Colorado for purposes of diversity jurisdiction.

8. The allegations in the Complaint demonstrate that the matter in controversy here exceeds the sum or value of $75,000.00, exclusive of interest and costs. In Paragraph 34 of the Compliant, Plaintiff alleges that Plaintiff has paid Defendant approximately $13,658,000, some of which they allege was inappropriately paid via false billings. (Ex. A, p. 11, ¶ 34.)

9. In the District Court Civil Case Cover Sheet, Plaintiff's counsel represented: "By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000." (Ex. A, pp. 3-4.)

10. In the prayer for relief paragraph on Counts 5 & 6, Plaintiff asks the Court to award it triple damages. (*Id.* pp. 16, 18.)

11. The time by which Defendant must file an answer or responsive pleading has not expired.

12. No hearings have been scheduled in the State Court action.

13. Defendant has not yet appeared or filed any document in the State Court action.

14. Therefore, pursuant to 28 U.S.C. § 1441, the State Court lawsuit is removable to this Court as the Federal District for the district embracing Denver, Colorado, the place in which the State Court action is pending.

15. In filing this Notice of Removal, Defendant does not waive any defenses that may be available to it.

16. Promptly after the filing of this Notice of Removal, Defendant will provide notice of the removal to Plaintiff and to the Clerk of the State Court, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully submits that this Notice of Removal complies with the statutory removal requirements and respectfully requests that the State Court action now proceeding against it be removed from the State Court to this Court, that this action proceed in this Court as a properly removed action, and that Defendant have such other and further relief as this Court deems just.

Respectfully submitted this 24th day of November, 2020.

S/ Dana L. Eismeier
Dana L. Eismeier (#14379)
Michael Y. Ley (#43733)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO 80111
Phone Number: 303-796-2626
Fax Number: 303-796-2777
E-mails: deismeier@bfwlaw.com
mley@bfwlaw.com

**Attorneys for Project Resources Group, Inc.**

# CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of November, 2020, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Peter S. Gould, Esq. | David B. Helms, Esq. |
| Matthew C. Cooper, Esq. | Benjamin D. Mooneyham, Esq. |
| Squire Patton Boggs (US) LLP | GM Law PC |
| 1801 California Street | 8000 Maryland Avenue |
| Suite 4900 | Suite 1060 |
| Denver, Colorado 80202 | St. Louis, Missouri 63105 |

      S/ Dana L. Eismeier
Dana L. Eismeier (#14379)
Michael Y. Ley (#43733)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO 80111
Phone Number:   303-796-2626
Fax Number:   303-796-2777
E-mails:   deismeier@bfwlaw.com
                 mley@bfwlaw.com

**Attorneys for Defendant
Project Resources Group, Inc.**