| ☐Small Claims Court ☐County Court ☒District Court | |
|---|---|
| _____ARAPAHOE_____ County, Colorado<br>Court Address: 7325 S POTOMAC ST.<br>CENTENNIAL, CO 80112 | DATE FILED: November 5, 2020 4:35 PM<br>FILING ID: 20DB6BA218883<br>CASE NUMBER: 2020CV32078 |
| Plaintiff/Petitioner(s):  USIC LOCATING SERVICES, LLC<br><br>v.<br><br>Defendant/Respondent(s): PROJECT RESOURCES GROUP, INC. | ▲   COURT USE ONLY   ▲ |
| | Case Number:<br><br>2020 CV 32078 |

## AFFIDAVIT OF SERVICE

I declare that I am 18 years or older and not a party to the action and that I served THE FOLLOWING DOCUMENTS:
DISTRICT COURT CIVIL SUMMONS;
DISTRICT COURT CIVIL CASE COVER SHEET;
COMPLAINT AND JURY DEMAND;
DELAY REDUCTION ORDER;
DISPOSITIVE MOTIONS PROCEDURE ORDER - RULES 12 AND 56;
_____,

on _DEFENDANT/RESPONDENT_ in _ARAPAHOE COUNTY, CO_ (name of County/State) on __11_/_05_/_2020__ at

_9:08 AM_ (time) at the following location: 5340 S QUEBEC ST #250S, GREENWOOD VILLAGE, CO 80111_____.

☐By handing the documents to a person identified to me as: _____.

☐By identifying the documents, offering to deliver them to a person identified to me _____,
who refused service, and then leaving the documents in a conspicuous place.

☐By leaving the documents at _____ usual place of abode with _____
who is a member of _____ family and whose age is 18 years or older. (_____)

☐By leaving the documents at _____ usual workplace with _____
who is _____'s _____ (title)

☒By leaving the documents with _____RYAN NAGEL_____), who as __MANAGER ON DUTY__
(title) is authorized by appointment or by law to receive service of process for _DEFENDANT/RESPONDENT_.

☐After diligent efforts of attempting personal service, I posted the documents in a conspicuous place on the
property described.

I am a ☐Sheriff ☒Private Process Server and disclose that I charged the following fees for my services $_____.

## VERIFICATION AND ACKNOWLEDGMENT

I _____ANDREW SCOTT_____ (name) declare under penalty of perjury under the law of Colorado that
the foregoing is true and correct.

Executed on the _5TH_ day of _NOVEMBER_, 2020 at Colorado Springs, El Paso County, Colorado.

_____ANDREW SCOTT_____                      _____          11/05/2020
Printed name                                                  Signature                       Date

AFFIDAVIT OF SERVICE

**EXHIBIT B**
**Page 1 of 1**