## Register of Actions

| | Filed by Plaintiff/Petitioner | **Case Number:** 2020CV032078 | | **Division:** 21 |
|---|---|---|---|---|
| | Filed by Defendant/Respondent | **Case Type:** Fraud | | **Judicial Officer:** John L Wheeler |
| | Filed by Court | **Case Caption:** Usic Locating Services LLC v. Project Resources Group Inc | | **Court Location:** Arapahoe County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| A09AFF79DF45A | 11/25/2020 10:32 AM | Michael York Ley | Burns Figa and Will P C | Project Resources Group Inc | Notice of Removal *(Related Document)* | Notice of Filing of Notice of Removal | Public |
| | | | | | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit A to Notice of Filing of Notice of Removal (Notice of Removal Filed in Federal Court) | Protected |
| N/A | 11/25/2020 | N/A | N/A | N/A | Case Closed | N/A | |
| B603E3377CD10 | 11/16/2020 2:16 PM | Matthew C Cooper, Peter Gould | GM Law PC | Usic Locating Services Llc | Entry of Appearance *(Related Document)* | Entry of Appearance | Public |
| N/A (Details) | 11/10/2020 11:32 AM | John L Wheeler | Arapahoe County | N/A | Filing Other | Supreme Court Notice regarding Pro Hac Vice for David B. Helms, 20PHV6346 | Public |
| N/A (Details) | 11/06/2020 6:12 PM | John L Wheeler | Arapahoe County | N/A | Order *(Related Document)* | Order: Order - OUT OF STATE COUNSEL VERIFIED MOTION REQUESTING PRO HAC VICE ADMISSION OF DAVID B. HELMS- Granted | Public |
| 977F196B33E92 | 11/06/2020 1:09 PM | Peter Gould | Squire Patton Boggs US | Usic Locating Services Llc | Motion | OUT OF STATE COUNSEL VERIFIED MOTION REQUESTING PRO HAC VICE ADMISSION OF DAVID B. HELMS | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | EXHIBIT 1 - AFFIDAVIT OF DAVID B. HELMS | Protected |
| | | | | | Proposed Order *(Related Document)* | Order - OUT OF STATE COUNSEL VERIFIED MOTION REQUESTING PRO HAC VICE ADMISSION OF DAVID B. HELMS | Public |
| 20DB6BA218883 | 11/05/2020 4:35 PM | Matthew C Cooper, Peter Gould | Squire Patton Boggs US | Usic Locating Services Llc | Return of Service | Return of Service/Summons - Project Resources Group Inc (11.5.20) | Public |
| N/A (Details) | 10/27/2020 9:06 AM | John L Wheeler | Arapahoe County | N/A | Order | Dispositive Motions Procedure Order | Public |
| N/A (Details) | 10/27/2020 8:33 AM | John L Wheeler | Arapahoe County | N/A | Order - Case Management | Delay Reduction Order & Order Regarding Plan For Settlement | Public |
| 2B543DC8D1C38 | 10/26/2020 5:43 PM | Matthew C Cooper, Peter Gould | Squire Patton Boggs US | Usic Locating Services Llc | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |
| | | | | | Summons | Summons - PROJECT RESOURCES GROUP, INC. | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Project Resources Group Inc | Defendant | Active | DANA L EISMEIER (Burns Figa and Will P C)<br>MICHAEL YORK LEY (Burns Figa and Will P C) |
| Usic Locating Services Llc | Plaintiff | Active | MATTHEW C COOPER (Squire Patton Boggs US)<br>PETER SIMON GOULD (Squire Patton Boggs US) |