**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03486-RM-SKC

USIC LOCATING SERVICES, LLC

  **Plaintiff**,

v.

PROJECT RESOURCES GROUP, INC.

  **Defendant**.

**STIPULATED MOTION TO REMAND**

Plaintiff USIC Locating Services, LLC ("USIC") and Defendant Project Resources Group, Inc. ("PRG"), by and through their respective attorneys, submit this Stipulated Motion to Remand and state as follows:

1. On October 26, 2020, USIC filed a Complaint against PRG in the Arapahoe County District Court.

2. On November 24, 2020, PRG filed a Notice of Removal in the United States District Court for the District of Colorado under 28 U.S.C. §§ 1332, 1441, and 1446, alleging that this Court had jurisdiction based on diversity of citizenship.

3. The parties have had meaningful discussions regarding this matter and have determined and agreed to remand this case back to the Arapahoe County District Court. USIC does not waive application of 28 U.S.C. § 1441(b)(2).

4.     Each party has agreed to bear its own attorney fees and costs in connection with this removal and remand.

WHEREFORE, Plaintiff USIC Locating Services, LLC and Defendant Project Resources Group, Inc. respectfully request that this Court grant this Stipulated Motion to Remand and remand this matter to the Arapahoe District Court, State of Colorado.

Respectfully submitted this 15th day of December, 2020.

| S/ Peter S. Gould | S/ Michael Y. Ley |
|---|---|
| Peter S. Gould (#34089) | Dana L. Eismeier (#14379) |
| Matthew C. Cooper (#41552) | Michael Y. Ley (#43733) |
| SQUIRE PATTON BOGGS (US) LLP | BURNS, FIGA & WILL, P.C. |
| 1801 California Street | 6400 S. Fiddlers' Green Circle |
| Suite 4900 | Suite 1000 |
| Denver, Colorado 80202 | Greenwood Village, Colorado 80111 |
| Phone Number: 303-830-1776 | Phone Number: 303-796-2626 |
| Fax Number: 303-894-9239 | Fax Number: 303-796-2777 |
| E-mails: peter.gould@squirepb.com | E-mails: deismeier@bfwlaw.com |
|     matthew.cooper@squirepb.com |     mley@bfwlaw.com |

**Attorneys for Plaintiff**             **Attorneys for Defendant**
**USIC Locating Services, LLC**   **Project Resources Group, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of December, 2020, I electronically filed the foregoing **STIPULATED MOTION TO REMAND** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Peter S. Gould, Esq.
Matthew C. Cooper, Esq.
Squire Patton Boggs (US) LLP
1801 California Street
Suite 4900
Denver, Colorado 80202

      S/ Michael Y. Ley
Dana L. Eismeier (#14379)
Michael Y. Ley (#43733)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone Number:     303-796-2626
Fax Number:       303-796-2777
E-mails:          deismeier@bfwlaw.com
                  mley@bfwlaw.com

**Attorneys for Defendant**
**Project Resources Group, Inc.**