IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-03486-RM-SKC

USIC LOCATING SERVICES, LLC,

    Plaintiff,

v.

PROJECT RESOURCES GROUP, INC.,

    Defendant.

---

ORDER GRANTING
STIPULATED MOTION TO REMAND

---

    This matter is before the Court on Plaintiff's Stipulated Motion to Remand. (ECF No. 17). The Court GRANTS the motion, and this case is hereby REMANDED to the District Court for Arapahoe County, State of Colorado, where it was originally filed as case number 2020CV32078.

    DATED this 15th day of December, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge